FILED

JUL 18 2011

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| VICTOR FIGUEROA MOLINARES, | No. 10-16009 |
| Petitioner - Appellant, | D.C. No. 1:09-cv-01964-OWW |
| v. | |
| NEIL ADLER, Warden, | MEMORANDUM[*] |
| Respondent - Appellee. | |

Appeal from the United States District Court
for the Eastern District of California
Oliver W. Wanger, District Judge, Presiding

Submitted July 12, 2011[**]

Before:     SCHROEDER, ALARCÓN, and LEAVY, Circuit Judges.

Federal prisoner Victor Figueroa Molinares appeals pro se from the district court's judgment dismissing his 28 U.S.C. § 2241 petition. We have jurisdiction under 28 U.S.C. § 1291, and we affirm.

---

[*]     This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

[**]     The panel unanimously concludes this case is suitable for decision without oral argument. See Fed. R. App. P. 34(a)(2).

Molinares contends that the Bureau of Prisons violated his due process rights by incorrectly calculating his time served credits. Specifically, Molinares contends that he is entitled to a sentence reduction for the time served on an unrelated federal offense. The record reflects that Molinares already received all credit for time served that he was entitled to. *See* 18 U.S.C. § 3585(b); *see also Allen v. Crabtree*, 153 F.3d 1030, 1033 (9th Cir. 1998) (noting that section 3585(b) disallows double crediting of time served).

**AFFIRMED.**